UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Pritchett<br>       Plaintiff<br><br>v.<br><br>W & W Spices Grenada L.T.D. and<br>Joel Herman Webbe, Individually,<br>       Defendants. | **CIVIL ACTION NO.**<br>3:02CV2084 (JBA)<br><br><br><br>October 31, 2003 |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Per the Court's Order of September 3, 2003, the above cited case was to be dismissed on November 3, 2003 unless closing papers were filed by November 3, 2003.

Although the parties are close to completing the closing papers and all of the conditions therein, a two week extension is requested up to and including November 17, 2003 in order to complete all of the conditions of the closing papers.

Plaintiff's counsel has asked defense counsel for defendant's position with regard to such motion and has been informed that defendant is not opposed.

                                          **THE PLAINTIFF:**
                                          MICHAEL H. PRITCHETT


By:_____
      Stephen P. Horner, Esquire
      2183 Boston Post Road
      Darien, Connecticut 06820
      Federal Bar Number:  ct 02460
      (203) 655-7905

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the forgoing was sent via first class mail, postage prepaid on October 31, 2003 to:

> Day Berry & Howard
> Eric Sussman, Esq.
> CityPlace
> Hartford, CT 06103-3499

_____
Stephen P. Horner