**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL PRITCHETT, : | CIVIL ACTION NO. |
| Plaintiff, : | 3:02CV2084 (JBA) |
| : | |
| V. : | |
| : | |
| W&W SPICES GRENADA LTD AND : | |
| JOEL HERMAN WEBBE, INDIVIDUALLY, : | |
| Defendant. : | September 19, 2003 |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE TO PLAINTIFF, MICHAEL PRITCHETT

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

| PLAINTIFF, MICHAEL PRITCHETT | DEFENDANTS, W&W SPICES GRENADA LTD AND JOEL HERMAN WEBBE |
|---|---|
| By _____ | By _____ |
| Stephen Horner (ct 02460) | Felix J. Springer (ct05700) |
| 2183 Boston Post Road | Eric L. Sussman (ct19723) |
| Darien, CT 06820 | Day, Berry & Howard LLP |
| His Attorney | City Place I, 185 Asylum Street |
| (203) 655-7905 | Hartford, CT 06103-3499 |
| | (860) 275-0100 |
| | Their Attorneys |

SO ORDERED

_____
United States District Judge