

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PRITCHETT, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV2084(JBA) |
| | : | |
| V. | : | |
| | : | |
| W&W SPICES GRENADA LTD AND | : | |
| JOEL HERMAN WEBBE, INDIVIDUALLY, | : | |
| Defendant. | : | September 19, 2003 |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE TO PLAINTIFF, MICHAEL PRITCHETT

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

**PLAINTIFF, MICHAEL PRITCHETT**

By /s/ Stephen Horner
Stephen Horner (ct 02460)
2183 Boston Post Road
Darien, CT 06820
His Attorney
(203) 655-7905

**DEFENDANTS,**
**W&W SPICES GRENADA LTD AND**
**JOEL HERMAN WEBBE**

By /s/
Felix J. Springer (ct05700)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
City Place I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
Their Attorneys

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk