

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| Michael Pritchett<br>Plaintiff<br><br>v.<br><br>W & W Spices Grenada L.T.D. and<br>Joel Herman Webbe, Individually,<br>Defendants. |
|---|

**CIVIL ACTION NO.**
3:02CV2084 (JBA)

October 31, 2003

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Per the Court's Order of September 3, 2003, the above cited case was to be dismissed on November 3, 2003 unless closing papers were filed by November 3, 2003.

Although the parties are close to completing the closing papers and all of the conditions therein, a two week extension is requested up to and including November 17, 2003 in order to complete all of the conditions of the closing papers.

Plaintiff's counsel has asked defense counsel for defendant's position with regard to such motion and has been informed that defendant is not opposed.

**THE PLAINTIFF:**
MICHAEL H. PRITCHETT

By: *[signature]*
Stephen P. Horner, Esquire
2183 Boston Post Road
Darien, Connecticut 06820
Federal Bar Number: ct 02460
(203) 655-7905

11/07/03: Motion GRANTED, absent objection, to and including 11/17/03

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

*Arterton, U.S.D.J.*

FILED Nov 12 4:34 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.